UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HEATHER LEE MINOR, ON BEHALF OF THEMSELVES AND OTHER SIMILARLY SITUATED,**

    Plaintiff,

v.                                                                     **No. 4:22-cv-0830-P**

**HEALTHMARKETS INSURANCE AGENCY, INC.,**

    Defendant.

## FINAL JUDGMENT

This Final Judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the Parties' Joint Stipulation of Dismissal (ECF No. 27):

It is **ORDERED, ADJUGED, and DECREED** that Plaintiff's individual claims are **DISMISSED with prejudice**.[1]

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **28th day** of **June 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[1] However, the claims of any other member of the putative class are dismissed without prejudice as to their refiling.